# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | |
|---|---|
| Robert Russell Thompson, #364844, ) | Civil Action No. 9:16-861-RMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                                    ) | **ORDER** |
| ) | |
| Dr. McDonald, Nurse White, Chuck Wright, ) | |
| *and* Major Neal Urch,           ) | |
| ) | |
| Defendants.    ) | |

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Complaint be dismissed with prejudice for lack of prosecution. The Court adopts the Report and Recommendation and dismisses the Complaint with prejudice.

Plaintiff is incarcerated at the MacDougall Correctional Institution for second-degree burglary and cruelty to animals. He filed the present action under § 1983 on March 17, 2016. On October 19, 2016, Defendants filed two motions for summary judgment. That day, the Court entered two *Roseboro* orders, each advising Plaintiff of the importance of a dispositive motion and of the need for him to file an adequate response. Plaintiff was specifically advised that if he failed to file a properly supported response, the Defendants' motions might be granted, thereby ending his case. Notwithstanding the specific warning and instructions as set forth in the Court's *Roseboro* orders, the Plaintiff failed to respond to either motion or to contact the Court in any way. The Magistrate Judge therefore determined Plaintiff meets the criteria for dismissal for lack of prosecution set forth in *Chandler Leasing Corp. v. Lopez*, 669 F.2d 929 (4th Cir. 1982), and, on December 7, 2016, issued a Report and Recommendation recommending dismissal for lack of prosecution. Plaintiff filed no objections to the recommendation that his action be dismissed. The

-1-

-2-

Court therefore **ADOPTS** the Report and Recommendation of the Magistrate Judge (Dkt. No. 40) as the Order of the Court and **DISMISSES** the complaint.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

December 27, 2016
Charleston, South Carolina